UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL DIAZ,<br><br>Defendant. | Case No. 2:18-mj-00022-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAUL DIAZ

Case No. 2:18-mj-00022-KJN   Charges 18 USC § 371, 922(a)(1)(A) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $   50,000 co-signed by Margartia Huerta and Rebecca Mayorga

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  X   (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on February 5, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman